# EXHIBIT A

| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **21-CI-00270**<br>Court: **CIRCUIT**<br>County: **JOHNSON** |
|---|---|---|

*Plantiff,* **JENNINGS, CHARLES VS. LOWE'S HOME IMPROVEMENT, LLC ET AL**, *Defendant*

TO: **LOWE'S HOME IMPROVEMENT, LLC**
**CORPORATION SERVICE COMPANY**
**421 WEST MAIN STREET**
**FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Penny Adams Castle,
Johnson Circuit Clerk
Date: **11/5/2021**

Presiding Judge: HON. JOHN DAVID PRESTON (624234)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)
To: _____

☐ Not Served because: _____

Date: _____, 20 _____    _____
                                    Served By

                                    _____
                                    Title

Summons ID: @00000077263
CIRCUIT: 21-CI-00270 Certified Mail
JENNINGS, CHARLES VS. LOWE'S HOME IMPROVEMENT, LLC ET AL



Page 1 of 1

**eFiled**

CI : 000001 of 000001

COMMONWEALTH OF KENTUCKY
JOHNSON CIRCUIT COURT
C.A. NO. _____

CHARLES JENNINGS                                      PLAINTIFF

VS.

LOWE'S HOME CENTERS, LLC and
LOWE'S HOME IMPROVEMENT, LLC                          DEFENDANTS

Serve: LOWE'S HOME CENTERS, LLC
      Corporation Service Company
      421 WEST MAIN STREET
      FRANKFORT, KY 40601

Serve: LOWE'S HOME IMPROVEMENT, LLC
      Corporation Service Company
      421 WEST MAIN STREET
      FRANKFORT, KY 40601

## COMPLAINT

Comes the Plaintiff, CHARLES JENNINGS, by and through counsel, and for his cause of action states as follows:

### COUNT I

1. That the Plaintiff, CHARLES JENNINGS, is a resident of Paintsville, Johnson County, Kentucky.

2. That the Defendants, LOWE'S HOME CENTERS, LLC and LOWE'S HOME IMPROVEMENT, LLC, are entities conducting business in the Commonwealth of Kentucky.

### COUNT II

3. That on or about November 9, 2020, the Plaintiff, CHARLES JENNINGS, was a patron and/or invitee of the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC

4. That on or about November 9, 2020, the Plaintiff, CHARLES JENNINGS, slipped and

fell and/or stumbled on misplaced pipes.

5. That there were no signs warning of said pipes.

6. That said pipes were situated in a manner not visible to the Plaintiff.

7. That the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC, negligently, recklessly and/or carelessly failed to properly maintain the product and breached its duty to the Plaintiff, CHARLES JENNINGS.

8. That the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC, negligently, carelessly and/or recklessly failed to maintain its premises in a manner safe for the Plaintiff, CHARLES JENNINGS.

9. That the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC, negligently, carelessly and/or recklessly allowed the premises to become dangerous and unsafe.

10. That the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC, negligently, carelessly and/or recklessly failed to warn the Plaintiff, CHARLES JENNINGS, of the dangerous and unsafe condition on the premise.

11. That the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC, negligently, carelessly and/or recklessly failed to inspect its premises in order to detect unsafe conditions which present hazards to the Plaintiff and which would have been discovered upon reasonable inspection.

12. That as a direct and proximate result of the Defendant's reckless, careless, and/or negligent act(s), the Plaintiff, CHARLES JENNINGS, has received serious injuries, and said injuries are permanent in nature.

13. That at all times relevant to this Complaint, the Plaintiff, CHARLES JENNINGS,

was in the exercise of due care and that the injuries he sustained were directly caused by the negligence, carelessness and/or recklessness of the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC

14. That as a direct and proximate result of the injuries that the Plaintiff, CHARLES JENNINGS, received as a result of the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC, reckless, careless and/or negligent acts, the Plaintiff, CHARLES JENNINGS, has accumulated and/or will accumulate medical expenses exceeding the sum of One Thousand Dollars ($1,000.00), and that he will have medical expenses in the future.

15. That as a direct and proximate result of the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC, reckless, careless, and/or negligent act(s) the Plaintiff, CHARLES JENNINGS, has suffered permanent injury, great pain and mental anguish, and will have great pain and mental anguish in the future as a result of said injuries.

16. That the sum in controversy exceeds the jurisdictional sum of Five Thousand Dollars ($5,000.00) of the Johnson Circuit Court, and the Johnson Circuit Court has jurisdiction of all matters in controversy exceeding the sum of Five Thousand Dollars ($5,000.00).

WHEREFORE, the Plaintiff, CHARLES JENNINGS, demands the following relief:

1. That judgment be entered for the Plaintiff, CHARLES JENNINGS, against the Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC, in a sum that will fairly and adequately compensate him for his permanent injuries, pain and suffering;

2. That judgment be entered for the Plaintiff, CHARLES JENNINGS, against the

Presiding Judge: HON. JOHN DAVID PRESTON (624234)

COM : 000003 of 000004

Defendant(s), LOWE'S HOME CENTERS, LLC and/or LOWE'S HOME IMPROVEMENT, LLC, in a sum that will fairly and adequately compensate him for medical expenses: past, present, and future;

3. That judgment be entered for the Plaintiff, CHARLES JENNINGS, for any and all other relief that he is entitled to under equity or law; AND

4. That Plaintiff, CHARLES JENNINGS, be granted a trial by Jury.

Dated this the 5th day of November, 2021.

\s\ Adam S. O'Bryan
OSBORNE & O'BRYAN, PLLC
P.O. BOX 479
PAINTSVILLE, KY 41240
(606) 789-1111